IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SYDNEY ANDREA CRANDON,

   *Petitioner*,

v.                                   Case No.: 4:23cv79-MW/MAL

UNITED STATES OF AMERICA,

   *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended petition under 28 U.S.C. § 2241, ECF No. 8, is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on October 10, 2023.**

                                            s/Mark E. Walker_____
                                            **Chief United States District Judge**